MERCER MILLING COMPANY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 22255.) — Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss a claim for alleged interference with, and appropriation of, part of the water power rights of claimants at Baldwinsville as the result of Barge Canal construction and operation.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *post*, p. 869.]

MABEL O. LEARY, Respondent, v. ADELLE H. LAND, as Executrix of DANIEL B. LEARY, Deceased, Appellant.— Order, so far as appealed from, affirmed, without costs of this appeal to either party. Memorandum: The motion to dismiss the action for failure to prosecute was premature and could not be made until substitution was had. All concur. (The portion of the order appealed from denies defendant's motion for a dismissal of an action for failure to prosecute.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of NORTHERN NEW YORK POWER CORPORATION, Respondent, against GEORGE A. PARKER et al., as Assessors of the Town of Volney, Oswego County, Appellants. (5 proceedings—Years 1923-40.) — Final order affirmed, with costs. All concur. (The final order strikes from the assessments on petitioner's property for the years 1923-40, inclusive, any assessments on water rights, reduces the assessments, and directs repayment to petitioner of excess taxes paid during said years.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *post*, p. 869.]

SALINA ONONDAGA CORP., Appellant, v. BRISTOL LABORATORIES, INC., Respondent.— Order modified so as to permit the examination of the defendant corporation as to item No. 1 in the notice of motion, the examination to proceed before Hon. Frank J. Cregg, Official Referee, at a time to be designated by the Official Referee, and as modified affirmed, without costs of this appeal to either party. All concur. (The order denies plaintiff's motion to examine defendant before trial in an action to recover certain rentals.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

EDWIN C. NEU, Appellant, v. MILDRED THORP et al., Respondents. (Action No. 1.) EDWIN C. NEU, Appellant, v. MILDRED THORP et al., Respondents. (Action No. 2.) — Order affirmed, with $10 costs and disbursements. All concur. (The order grants defendants' motion to open their defaults in two actions, one of which was to recover for services performed, and the other to foreclose a chattel mortgage.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Estate of GERTRUDE E. GOELLNER, Deceased. ARTHUR F. GOELLNER, as Executor of GERTRUDE E. GOELLNER, Deceased, Appellant; HERBERT J. GOELLNER, Individually and as Coexecutor of GERTRUDE E. GOELLNER, Deceased, et al., Respondents.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree denies the relief demanded in the petition.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.